UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**   **ARLENE R. LINDSAY**           **DATE: 1/22/2019**
           United States Magistrate Judge
                                             **TIME: 12:30 p.m.**

**DOCKET NO: CV 17-2343 (JS)**

 **CASE: Harrington v. Carter, et al**

\_\_   **INITIAL CONFERENCE**
 X   **STATUS CONFERENCE**                    **BY TELEPHONE** X
\_\_   **SETTLEMENT CONFERENCE**
\_\_   **FINAL CONFERENCE**
\_\_   **DISCOVERY CONFERENCE**

           **APPEARANCES:**   **FOR PLAINTIFF:**      **FOR DEFENDANTS:**

                              David Shivas              No Appearance

**The following rulings were made:**

There was no appearance by the pro se defendant Mr. Carter and there has been no appearance by an attorney for the corporate defendants since counsel was granted permission to withdraw on October 3, 2018. The Defendants have been warned that their continued failure to appear in this action would result in the following Report and Recommendation. Accordingly, the undersigned respectfully Reports and Recommends that the Defendants' Answers be stricken.

A copy of this Report and Recommendation is being served on the pro se Defendants via FedEx in additional being electronically served on the Plaintiff. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule 72 of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. Such objections shall be filed with the Clerk of the Court via ECF. Any requests for an extension of time for filing objections must be directed to Judge Seybert prior to the expiration of the fourteen (14) day period for filing objections. Failure to file objections will result in a waiver of those objections for purposes of appeal of the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P 72; *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.,* 596 F.3d 84, 92 (2d Cir. 2010); *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchant's Bank,* 84 F.3d 52, 60 (2d Cir. 1996).

**SO ORDERED:**

_____/s/_____